UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

**JUDGMENT IN A CIVIL CASE**

EMMANUEL S. TROTTER,

      Plaintiff,

VS.                                  NO. 1:04-CV-1075-T/AN

SAMANTHA PHILLIPS; JAMES H.
SMITH, M.D. AND CORRECTIONAL
MEDICAL SERVICES, INC.

      Defendants.


[X] DECISION BY THE COURT. This action came to consideration before the Court; the issues having been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that in compliance with the Order entered in the above styled matter on May 3, 2005, and the Order entered on June 7, 2005, summary judgment is granted as to each defendant and this matter is hereby DISMISSED.

APPROVED:

*James D. Todd*

JAMES D. TODD
UNITED STATES DISTRICT JUDGE


                                          ROBERT R. DI TROLIO, CLERK

                                          BY: _____
                                                    DEPUTY CLERK

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on _6/9/05_

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 69 in case 1:04-CV-01075 was distributed by fax, mail, or direct printing on June 9, 2005 to the parties listed.

---

Jerry O. Potter
THE HARDISON LAW FIRM
119 S. Main St.
Ste. 300
Memphis, TN 38103

Jennifer R. Bailey
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 20207
Nashville, TN 37202--020

Emmanuel S. Trotter
NWCC-TIPTONVILLE
121642
960 State Route 212
Tiptonville, TN 38079

Stephen G. Smith
THE HARDISON LAW FIRM
119 S. Main St.
Ste. 300
Memphis, TN 38103

Honorable James Todd
US DISTRICT COURT